UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE MILTON EDWARDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV-10-0386-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 20.) Attorney Rebecca Coufal represents Plaintiff George Edwards; Special Assistant United States Attorney Willy M. Le represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 6.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 20)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall request the representative to provide additional material evidence; further evaluate the opinions of record and explain the weight given; reevaluate credibility including lay evidence; obtain evidence from a medical expert, if warranted; reevaluate the residual functional

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  capacity, as necessary; and obtain supplemental evidence from a
2  vocational expert to identify appropriate jobs in the national
3  economy based on assessed limitations and resolve any conflicts
4  between the occupational evidence provided by the vocational expert
5  and information in the *Dictionary of Occupational Titles*.

    2. Judgment shall be entered for the **PLAINTIFF**.

    3. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) is stricken as moot.

    4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 12, 2011.

                  S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2