1

2

3

4                          UNITED STATES DISTRICT COURT

5                         EASTERN DISTRICT OF WASHINGTON

6    GEORGE MILTON EDWARDS,                    )
                                               )
7            Plaintiff,                         )
                                               )       NO.  CV-10-386-CI
8        v.                                     )
                                               )       **JUDGMENT IN A
9    MICHAEL J. ASTRUE,                         )        CIVIL CASE**
     Commissioner of Social Security,           )
10                                             )
             Defendant.                        )
11   _____)

12       **STIPULATION BY THE PARTIES**:

13       The parties have stipulated to the remand of the captioned matter pursuant to sentence four

14   of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that**:**

16       The matter is **REVERSED and REMANDED** for additional proceedings pursuant to

17   sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18       DATED: October 12, 2011

19
                                           JAMES R. LARSEN
20                                         District Court Executive/Clerk

21                                         s/ L. Stejskal
                                           Deputy Clerk
22

23

24

25

26

27

28